IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD SOLDWEDEL, | ) |
|     Plaintiff, | ) |
| v. | ) Civil No. 3:19-cv-00170 |
| | ) Judge Trauger |
| TSW FABRICATION, INC., ET AL., | ) |
|     Defendants. | ) |

**O R D E R**

On April 2, 2020, the magistrate judge issued a Report and Recommendation (Docket No. 22), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion to Enforce Settlement Agreement (Docket No. 16) is GRANTED.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge